Lewis MITCHELL, Plaintiff–Appellant,

v.

GOVERNOR OF ALABAMA, Attorney General, State of Alabama, Taishiera Parker, Defendants–Appellees.

No. 12–13712
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 2012.

Ronnie L. Williams, Williams & Associates, LLC, Mobile, AL, for Plaintiff–Appellant.

Jennifer M. Bush, State of Alabama Department of Human Resources, Luther J. Strange, III, Attorney General's Office, Montgomery, AL, Charles L. Miller, Jr., Charles L. Miller Jr. PC, Mobile, AL, for Defendants–Appellees.

---

Before TJOFLAT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

We conclude that the *Rooker–Feldman* doctrine bars appellant's claims for the reasons stated in the April 20, 2011 Report and Recommendation of the Magistrate Judge. The judgment of the District Court adopting the Magistrate Judge's recommendation is accordingly

AFFIRMED.